FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No.: 1

| Case No.: | 20-18843 | | | Trustee Name: | Robert A. Angueira |
| Case Name: | TERAS CARGO TRANSPORT (AMERICA), LLC | | | Date Filed (f) or Converted (c): | 08/18/2020 (f) |
| For the Period Ending: | 09/30/2022 | | | §341(a) Meeting Date: | 09/15/2020 |
| | | | | Claims Bar Date: | 10/27/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | JP Morgan Chase Wire Account | $0.00 | $0.00 | | $0.00 | FA |
| 2 | JP Morgan Chase Checking Account | $0.00 | $0.00 | | $0.00 | FA |
| 3 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Removed Fredrikson & Byron PA prepayment on Amended DE #27, was originally listed with a value of $10,987.50. | | | | | |
| 4 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Removed McNaul Ebel Nawrot & Helgren prepayment on Amended DE #27, was originally listed with a value of $2,257.79. | | | | | |
| 5 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Removed Wilhelmsen Ship Management Ltd prepayment on Amended DE #27, was originally listed with a value of $17,500. | | | | | |
| 6 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Removed Wilhelmsen Ship Management Ltd prepayment on Amended DE #27, was originally listed with a value of $35,000. | | | | | |
| 7 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Removed Teras Offshore GE prepayment on Amended DE #27, was originally listed with a value of $18,961.32 | | | | | |
| 8 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Removed Teras Offshore prepayment on Amended DE #27, was originally listed with a value of $571,997.20 | | | | | |
| 9 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Removed Teras Offshore prepayment on Amended DE #27, was originally listed with a value of $6,484.14. | | | | | |
| 10 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Removed Teras Offshore prepayment on Amended DE #27, was originally listed with a value of $46,142.40. | | | | | |
| 11 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Removed Teras Offshore prepayment on Amended DE #27, was originally listed with a value of $30,761.60 | | | | | |
| 12 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Removed Teras Offshore prepayment on Amended DE #27, was originally listed with a value of $43,180.73 | | | | | |
| 13 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Removed Teras Offshore prepayment on Amended DE #27, was originally listed with a value of $657.03 | | | | | |
| 14 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Removed Teras Offshore prepayment on Amended DE #27, was originally listed with a value of $657.03. | | | | | |
| 15 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Removed Teras Offshore prepayment on Amended DE #27, was originally listed with a value of $656.30 | | | | | |
| 16 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Removed Teras Offshore prepayment on Amended DE #27, was originally listed with a value of $668.07 | | | | | |
| 17 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Removed Teras Offshore prepayment on Amended DE #27, was originally listed with a value of $679.68 | | | | | |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 20-18843 | | | Trustee Name: | Robert A. Angueira |
|---|---|---|---|---|---|
| Case Name: | TERAS CARGO TRANSPORT (AMERICA), LLC | | | Date Filed (f) or Converted (c): | 08/18/2020 (f) |
| For the Period Ending: | 09/30/2022 | | | §341(a) Meeting Date: | 09/15/2020 |
| | | | | Claims Bar Date: | 10/27/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18  VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Removed Teras Offshore prepayment on Amended DE #27, was originally listed with a value of $668.07 | | | | | |
| 19  VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Removed Teras Offshore prepayment on Amended DE #27, was originally listed with a value of $2,971,964.33 | | | | | |
| 20  VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Removed T-MOBILE prepayment on Amended DE #27, was originally listed with a value of $70. | | | | | |
| 21  Prepayment - T-MOBILE; 01/20/2017 Account no. 2185 | $3,288.82 | $3,288.82 | | $3,288.82 | FA |
| **Asset Notes:** Removed T-Mobile prepayment on Amended DE #27, was originally listed with a value of $3,218.82.  Trustee sent a demand letter and received $3,288.82 from T-Mobile. | | | | | |
| 22  VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Removed Norton Rose Fulgright (Asia) prepayment on Amended DE #27, was originally listed with a value of $30,000. | | | | | |
| 23  VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Removed Norton Rose Fulbright (Asia) prepayment on Amended DE #27, was originally listed with a value of $30,000. | | | | | |
| 24  VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Removed Kibble & Prentice prepayment on Amended DE #27, was originally listed with a value of $2,054.25. | | | | | |
| 25  VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Removed Kibble & Prentice prepayment on Amended DE #27, was originally listed with a value of $10,000. | | | | | |
| 26  VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Removed Sonny Joe Sanders prepayment on Amended DE #27, was originally listed with a value of $12,351.75 | | | | | |
| 27  VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Removed Sonny Joe Sanders prepayment on Amended DE #27, was originally listed with a value of $2,000 | | | | | |
| 28  VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Removed Clyde & Co US LLP prepayment on Amended DE #27, was originally listed with a value of $10,000 | | | | | |
| 29  VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Removed Cargo Risk Consulting, LLC prepayment on Amended DE #27, was originally listed with a value of $22,011.47 | | | | | |
| 30  VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Removed AT&T Houston Office prepayment on Amended DE #27, was originally listed with a value of $212.50 | | | | | |
| 31  Accounts receivable | $0.00 | $0.00 | | $0.00 | FA |
| 32  100% ownership SJS Investment Group, LLC | $0.00 | $0.00 | | $0.00 | FA |
| 33  100% ownership Teras Chartering, LLC | $0.00 | $0.00 | | $0.00 | FA |
| 34  100% ownership Teras Breakbulk Shipping, LLC | $0.00 | $0.00 | | $0.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 20-18843 | | | Trustee Name: | Robert A. Angueira |
| Case Name: | TERAS CARGO TRANSPORT (AMERICA), LLC | | | Date Filed (f) or Converted (c): | 08/18/2020 (f) |
| For the Period Ending: | 09/30/2022 | | | §341(a) Meeting Date: | 09/15/2020 |
| | | | | Claims Bar Date: | 10/27/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 35  100% ownership Teras Breakbulk Ocean Navigation Enterprises LLC | $0.00 | $0.00 | | $0.00 | FA |
| 36  Teras Cargo Transport (America), LLC v. the HOVER BARGE ("H/B") GHOST and Teras 281 PTE Ltd. (as listed on SOFA No. 7, 8/18/20, DE 1) | $0.00 | $0.00 | | $0.00 | FA |
| 37  Potential fraudulent transfers to insiders and related entities. (u) | $50,000.00 | $50,000.00 | | $0.00 | $50,000.00 |

**Asset Notes:** Per DE#113 & DE#135

**TOTALS (Excluding unknown value)**            **Gross Value of Remaining Asset**

| | $53,288.82 | $53,288.82 | | $3,288.82 | $50,000.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 09/30/2022 | The Trustee sold Debtors' assets to Zak Liquidation, LLC. After the Court granted the sale motion, a motion to reconsider the order approving the sale was filed and hearing for was 9/29/22.  Bench Ruling on Motion to Reconsider is now set for 10/18/22. (LT) |
| 06/30/2022 | Trustee reviewing documents received. Trustee reviewed case status. (LT) |
| 03/31/2022 | The Trustee is reviewing documents received. Rule 2004 Examination of Weller has been set for 5/17/22. Trustee reviewed case status. (LT) |
| 12/31/2021 | The Trustee is determining whether any of these assets are collectible or have value. Rule 2004 Examination of Timothy Lord has been set for January 2022. The Trustee has reviewed case status. (LT) |
| 09/30/2021 | The Trustee is determining whether any of these assets are collectible or have value.  The Trustee is reviewing the documents received from the prior Trustee (over 40 boxes).  In addition, the Trustee is in the process of determining whether to hire special counsel to investigate potential preference actions. (LT) |
| 06/30/2021 | Case is jointly administered with case 20-22485 Teras America, LLC. |
| 05/19/2021 | Robert Angueira appointed as successor Trustee. |
| 05/14/2021 | Motion For Turnover Of Property (Debtors QuickBooks User Files in Native Format by Intuit, Inc.) Filed by Trustee Marcia T Dunn (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit)). Hearing scheduled for 06/03/2021. |
| 05/10/2021 | Opposition Response to ([56] Notice of Compliance/Non-Compliance filed by Trustee Marcia T Dunn Filed by Debtor Teras Cargo Transport |

| Case No.: | 20-18843 | | | Trustee Name: | Robert A. Angueira |
|---|---|---|---|---|---|
| Case Name: | TERAS CARGO TRANSPORT (AMERICA), LLC | | | Date Filed (f) or Converted (c): | 08/18/2020 (f) |
| For the Period Ending: | 09/30/2022 | | | §341(a) Meeting Date: | 09/15/2020 |
| | | | | Claims Bar Date: | 10/27/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Date | Description |
|---|---|
| 05/10/2021 | Re-Notice of Hearing (Re: [57] Motion for Order to Show Cause Filed by Trustee Marcia T Dunn.) Hearing scheduled for 05/25/2021.<br>Re-Notice of Hearing (Re: [47] Motion to Modify Compensation Structure For Dunn Law, P.A. , in addition to Application to Employ Russell Bogart, Esq. and Kagen Caspersen & Bogart PLLC as Special<br>Litigation Co-Counsel [Affidavit Attached] Filed by Trustee Marcia T Dunn.) Hearing scheduled for 05/25/2021.<br>Re-Notice of Hearing (Re: [37] Motion to Consolidate Case(s) 20-18843, 20-18846, 20-18847, 20-22485, 20-22486 into Lead Case 20-18841 Filed by Debtor Teras Cargo Transport (America), LLC.)<br>Hearing scheduled for 05/25/2021. |
| 05/07/2021 | Limited Response to ([37] Motion to Consolidate Case(s) 20-18843, 20-18846, 20-18847, 20-22485, 20-22486 into Lead Case 20-18841 filed by Debtor Teras Cargo Transport (America), LLC) Filed by<br>Trustee Marcia T Dunn. |
| 05/06/2021 | Joinder Filed by Interested Party Robert A Angueira (Re: [37] Motion to Consolidate Case(s) 20-18843, 20-18846, 20-18847, 20-22485, 20-22486 into Lead Case 20-18841 filed by Debtor Teras Cargo<br>Transport. |
| 04/27/2021 | Motion for Order to Show Cause Filed by Trustee Marcia T Dunn. Hearing scheduled for 05/10/2021. Notice of Non-Compliance Filed by Trustee Marcia T Dunn (Re: [51] Order on Motion to Extend<br>Time, [52] Order on Motion to Compel, Order on Motion For Sanctions |
| 04/26/2021 | Notice of Taking Rule 2004 Examination Duces Tecum of Records Custodian of CLARK NUBER P.S. on May 27, 2021 at 1:00 p.m. Filed by Trustee Marcia T Dunn. |
| 04/21/2021 | Order Granting In Part Motion To Compel, Motion for Turnover And Denying Motion For Sanctions (Re: # [42]) |
| 04/16/2021 | Order Rescheduling Hearing On Motion to Consolidate Cases filed by Debtor Teras Cargo Transport (America), LLC. Hearing scheduled for 05/10/2021. Motion to Modify Compensation Structure For<br>Dunn Law, P.A. filed by Trustee Marcia T Dunn, Application to Employ Russell Bogart, Esq. and Kagen Caspersen & Bogart PLLC as Special Litigation Co-Counsel |
| 04/14/2021 | Re-Notice of Preliminary Hearing (Re: [42] Motion to Compel Production of Documents, in addition to Motion For Sanctions Against Dennis Weller, Sonny Joe Sanders, Marc Marling, Timothy Lord, and<br>Truenorth Projects LLC and Debtors' counsel , in addition to Motion For Turnover Of Property Filed by Trustee Marcia T Dunn. Hearing scheduled for 04/15/2021. |
| 04/13/2021 | Motion to Compel Production of Documents, in addition to Motion For Sanctions Against Dennis Weller, Sonny Joe Sanders, Marc Marling, Timothy Lord, and Truenorth Projects LLC and Debtors'<br>counsel , in addition to Motion For Turnover Of Property Filed by Trustee Marcia T Dunn. Hearing scheduled for 04/29/2021. |
| 04/12/2021 | Motion to Extend Time to Respond Filed by Debtor Teras Cargo Transport (America), LLC.) Hearing scheduled for 04/15/2021 |
| 04/08/2021 | Notice of Hearing (Re: [37] Motion to Consolidate Case(s) 20-18843, 20-18846, 20-18847, 20-22485, 20-22486 into Lead Case 20-18841 Filed by Debtor Teras Cargo Transport (America), LLC.)<br>Hearing scheduled for 04/22/2021. |
| 03/22/2021 | Notice of Taking Rule 2004 Examination Duces Tecum of Teras Cargo Transport (America), LLC Corporate Representative on April 8, 2021 at 10:00 A.M. (Production of Documents Only).. Filed by<br>Trustee Marcia T Dunn. |
| 03/03/2021 | Discovery is on going. May need to retain special counsel. Forensic analysis in process |
| 02/18/2021 | Ex Parte Motion to Jointly Administer Case(s) 20-22485 into Lead Case 20-18843 Filed by Trustee Marcia T Dunn |

| | | | SUBTOTALS | $0.00 | $0.00 |
|---|---|---|---|---|---|

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 20-18843 | | | Trustee Name: | Robert A. Angueira |
|---|---|---|---|---|---|
| Case Name: | TERAS CARGO TRANSPORT (AMERICA), LLC | | | Date Filed (f) or Converted (c): | 08/18/2020 (f) |
| For the Period Ending: | 09/30/2022 | | | §341(a) Meeting Date: | 09/15/2020 |
| | | | | Claims Bar Date: | 10/27/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 01/28/2021 | Yip Associates is being employed as financial advisors for estate. |
| 12/19/2020 | Trustee's counsel has made demands for turnover to McNaul Ebel, Teras Offshore, and Norton Rose |
| 12/16/2020 | Agreed Order Granting Expedited Motion For Limited Protective Order From Subpoena Duces Tecum |
| 11/30/2020 | Trustee's counsel may seek abatement of pending district court litigation; may need to retain special counsel. Discovery is in process. |
| 11/23/2020 | Debtor filed Expedited Motion for Protective Order. Hearing set for January 7, 2021. |
| 11/06/2020 | Trustee filed Notice of Taking 2004 Exam of records custodian of Global Relay Communications on 11//23/20. |
| 10/26/2020 | Trustee is filing Proofs of Claim in bankruptcies of Teras Chartering (20-18846) and Teras Breakbulk (20-18841). |
| 10/22/2020 | Trustee filed Notice of 2004 Exam duces tecum of JP Morgan Chase for November 20, 2020 |
| 10/19/2020 | Discovery efforts are in process; potential chapter 5 claims. May need forensic accountant; may need special litigation counsel. |
| 08/20/2020 | Dunn Law to represent trustee. Discovery and investigative work has begun |
| 08/20/2020 | Trustee sent letters to banks to close accounts. Trustee sent demand letters for turnover of books and records. Trustee has sent mail diversion. |

| Initial Projected Date Of Final Report (TFR): | 09/30/2023 | Current Projected Date Of Final Report (TFR): | 12/31/2024 | /s/ ROBERT A. ANGUEIRA |
|---|---|---|---|---|
| | | | | ROBERT A. ANGUEIRA |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 20-18843 | Trustee Name: | Robert A. Angueira |
|---|---|---|---|
| Case Name: | TERAS CARGO TRANSPORT (AMERICA), LLC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***7188 | Checking Acct #: | ******4301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/01/2021 | Blanket bond (per case limit): | $53,950,000.00 |
| For Period Ending: | 09/30/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/21/2021 | | Marcia Dunn, Trustee | Received from Marcia Dunn on one of the Tera cases that she resigned on. Her account #X8759 | 9999-000 | $3,288.82 | | $3,288.82 |
| 06/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $1.71 | $3,287.11 |
| 07/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $5.47 | $3,281.64 |
| 08/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $5.12 | $3,276.52 |
| 09/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $5.11 | $3,271.41 |
| 10/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $5.27 | $3,266.14 |
| 11/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $5.10 | $3,261.04 |
| 12/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $5.26 | $3,255.78 |
| 01/18/2022 | 4000 | International Sureties, LTD | Renewal of Bond #016027932 for period 1/1/22 to 1/1/23 | 2300-000 | | $1.34 | $3,254.44 |
| 01/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $5.25 | $3,249.19 |
| 02/28/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $4.73 | $3,244.46 |
| 03/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $5.23 | $3,239.23 |
| 04/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $5.22 | $3,234.01 |
| 05/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $5.05 | $3,228.96 |
| 06/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $5.04 | $3,223.92 |
| 07/13/2022 | 4001 | Versant Funding, LLC | Per Order dated 7/12/22, DE#98. Turnover funds to secured creditor. | 4210-000 | | $3,223.92 | $0.00 |
| 07/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $5.20 | ($5.20) |
| 08/08/2022 | 4001 | VOID: Versant Funding, LLC | Check was void before mailing out | 4210-003 | | ($3,223.92) | $3,218.72 |
| 08/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $5.19 | $3,213.53 |
| 09/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $5.35 | $3,208.18 |

| | | | | **SUBTOTALS** | $3,288.82 | $80.64 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| Case No. | 20-18843 | Trustee Name: | Robert A. Angueira |
|---|---|---|---|
| Case Name: | TERAS CARGO TRANSPORT (AMERICA), LLC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***7188 | Checking Acct #: | ******4301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/01/2021 | Blanket bond (per case limit): | $53,950,000.00 |
| For Period Ending: | 09/30/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $3,288.82 | $80.64 | $3,208.18 |
| | | | Less: Bank transfers/CDs | | $3,288.82 | $0.00 | |
| | | | Subtotal | | $0.00 | $80.64 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $80.64 | |

**For the period of 10/01/2021 to 09/30/2022**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $63.23 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $63.23 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/21/2021 to 9/30/2022**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $3,288.82 |
| | |
| Total Compensable Disbursements: | $80.64 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $80.64 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

| Case No. | 20-18843 | Trustee Name: | Robert A. Angueira |
|---|---|---|---|
| Case Name: | TERAS CARGO TRANSPORT (AMERICA), LLC | Bank Name: | Signature Bank |
| Primary Taxpayer ID #: | **-***7188 | Checking Acct #: | ******8759 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/01/2021 | Blanket bond (per case limit): | $53,950,000.00 |
| For Period Ending: | 09/30/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/07/2021 | (21) | T-MOBILE USA, INC. | Funds turned over to the Trustee pursuant to demand letter | 1129-000 | $3,288.82 | | $3,288.82 |
| 05/28/2021 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | $5.00 | $3,283.82 |
| 05/28/2021 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | ($5.00) | $3,288.82 |
| 06/22/2021 | | Robert A. Angueira, Trustee | Transfer of funds to reassigned trustee in the case | 9999-000 | | $3,288.82 | $0.00 |
| | | | **TOTALS:** | | $3,288.82 | $3,288.82 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $3,288.82 | |
| | | | **Subtotal** | | $3,288.82 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $3,288.82 | $0.00 | |

**For the period of 10/01/2021 to 09/30/2022**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/10/2021 to 9/30/2022**

| | |
|---|---|
| Total Compensable Receipts: | $3,288.82 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,288.82 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $3,288.82 |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4

| | | |
|---|---|---|
| **Case No.** | 20-18843 | |
| **Case Name:** | TERAS CARGO TRANSPORT (AMERICA), LLC | |
| **Primary Taxpayer ID #:** | **-***7188 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 10/01/2021 | |
| **For Period Ending:** | 09/30/2022 | |

| | |
|---|---|
| **Trustee Name:** | Robert A. Angueira |
| **Bank Name:** | Signature Bank |
| **Checking Acct #:** | ******8759 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $53,950,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $3,288.82 | $80.64 | $3,208.18 |

**For the period of 10/01/2021 to 09/30/2022**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $63.23 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $63.23 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/10/2021 to 9/30/2022**

| | |
|---|---|
| Total Compensable Receipts: | $3,288.82 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,288.82 |
| Total Internal/Transfer Receipts: | $3,288.82 |
| | |
| Total Compensable Disbursements: | $80.64 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $80.64 |
| Total Internal/Transfer Disbursements: | $3,288.82 |

/s/ ROBERT A. ANGUEIRA

ROBERT A. ANGUEIRA